IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREEM HASSAN MILHOUSE** | : | **Civil No. 1:15-cv-1400** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SUZANNE HEATH, et al.,** | : | |
| | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

## O R D E R

Before the court is a report and r ecommendation filed by the magistrate judge in which she recommends t hat Plaintiff Kareem Hassan Milhouse's m otion pursuant to Federal Rule of Civil Pro cedure 60(b)(6), or alternatively for preliminary injunction, be denied. Plain tiff has not fi led any objections t o the report and recommendation and the time for submitting objections has passed.

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS:**

1) The report and recommendation (Doc. 102) is **ADOPTED**.

2) The motion pursuant to Federal Rule  of Civil Procedure 60(b)(6), or alternatively for preliminary injunction, is **DENIED**.

3) Plaintiff's  motion  to withdraw (Doc. 10   7) is **DISMISSED  AS MOOT**.

s/Sylvia Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: November 16, 2016